JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS WIRSCHING<br><br>    Plaintiff,<br><br>  vs.<br><br>DOLLAR TREE STORES, INC.;<br>DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 2:26-cv-01539-SVW-AYP<br><br>Assigned to: Judge Stephen V. Wilson<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>State Complaint Filed:   December 24, 2025<br>Removal Filed: February 5, 2026<br>Trial Date: August 18, 2026 |

## <u>ORDER OF DISMISSAL</u>

It appearing that counsel for the parties consent to the entry of this Order as indicated by their signatures above; and this matter having appeared to have been settled in full; and good cause appearing;

**IT IS** on this 9th day of June 2026;

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) this matter is hereby dismissed with prejudice and without costs and without fees.

_____

Hon. Stephen V. Wilson, U.S.D.J.

1

**[PROPOSED] ORDER**